UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS DAJON MILLER, | ) NO. CV 09-07684 SJO (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/5/11

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE